UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARS DARWYN PAARMANN,

        Petitioner,

v.

M. SPEARMAN, Warden,

        Respondent.

Case No. CV 12-07725-VBF (RNB)

<u>JUDGMENT</u>

    Final judgment is hereby entered in favor of respondent M. Spearman and against petitioner Lars Darwyn Paarmann.

DATED:   <u>November 4, 2013</u>

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE